## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

RIFLE HOLDINGS, LLC and RIFLE, INC.
d/b/a RIFLE PAPER CO.,

    PLAINTIFF,

v.                                         Case No.: 6:18-cv-1946-Orl-28KRS

GETTY IMAGES (US), INC., and
ISTOCKPHOTO LP, a subsidiary of
Getty Images (US), Inc.,

    DEFENDANT.

### NOTICE OF SETTLEMENT

Plaintiffs, Rifle Holdings, LLC and Rifle Inc., by and through their undersigned counsel, hereby notify this Court that the Parties have reached a settlement in this case. The Parties are in the process of finalizing the settlement and anticipate filing a Dismissal with Prejudice with the Court within the next twenty-one (21) days.

Dated this 18th day of January, 2019.

Respectfully submitted,

LOWNDES, DROSDICK, DOSTER,
KANTOR & REED, PA

By: /s/ Jon M. Gibbs
Jon M. Gibbs
Fla. Bar No.: 494534
Melody Lynch
Fla Bar No.: 0044250
Ahmad S. El-Gendi
Fla. Bar No.: 119139
215 N. Eola Dr.
Orlando, FL 32801
Phone:      (407) 843-4600
Fax:         (407) 843-4444
Email: jon.gibbs@lowndes-law.com
melody.lynch@lowndes-law.com
ahmad.elgendi@lowndes-law.com

COUNSEL FOR PLAINTIFFS
RIFLE HOLDINGS, LLC and
RIFLE, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of January 2019, I electronically filed the foregoing with the Clerk of Court pursuant to the Administrative Procedures for Electronic Filing in Civil and Criminal Cases of this Court by using the CM/ECF system which will send notice of electronic filing and complete service to all attorneys of record required by F.R.Civ.P.5.

/s/ Jon M. Gibbs
**Jon M. Gibbs**